Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>BEVERAGE MANAGEMENT SYSTEMS, INC., an Oregon corporation; GORHAM NICOL, an individual,<br><br>Defendants. | Case No. 2:17-cv-01079-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Board of Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan; Board of Trustees of the Plumbers and Pipefitters Union Local 525

15963407  1

Pension Plan; and the Board of Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada (collectively the "Trust Funds") through their undersigned counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendants, Beverage Management Systems, Inc. and Gorham Nicol, through their undersigned counsel of record, the law firm of Fisher Phillips, LLP, hereby stipulate and agree to extend the Trust Funds' response deadline to Defendants' Motion for Leave to File Third-Party Complaint (ECF No. 17 filed August 31, 2017) for fourteen (14) days from September 14, 2017, to September 28, 2017.

This extension is not sought for any improper purpose or delay. The Defendants have agreed to stipulate to the extension to permit Trust Funds' counsel additional time to prepare for an upcoming unrelated trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

15963407

2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

Additionally, the parties stipulate and request an order extending the deadline for the Defendants' to file a reply in support of their Motion for Leave to File Third Party Complaint until October 5, 2017.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Christopher M. Humes | /s/ David Dornak |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135 | Mark J. Ricciardi, Esq.<br>Nevada Bar No. 3141<br>David Dornak, Esq.<br>Nevada Bar No. 6274<br>300 South Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Telephone: (702) 252-3131<br>Facsimile: (702) 252-7411 |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Dated: September 13, 2017 | Dated: September 13, 2017 |

## O R D E R

**IT IS SO ORDERED** that the Trust Funds' deadline to file their response to the Motion for Leave to File Third-Party Complaint is extended to September 28, 217.

**IT IS FURTHER ORDERED** that Defendants' reply in support of the Motion for Leave to File Third-Party Complaint is extended to October 5, 2017.

_____
**UNITED STATES MAGISTRATE JUDGE**

**Case No. 2:17-cv-01079-RFB-VCF**

**DATED:** 9-14-2017

15963407

3