Jacob A. Reynolds (10199)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jreynolds@hutchlegal.com

*Attorneys for RubinBrown LLP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; and BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRANINING TRUST FOR SOUTHERN NEVADA, <br><br> Plaintiffs, <br> v. <br><br> BEVERAGE MANAGEMENT SYSTEMS, INC., and Oregon corporation; GORHAM NICOL, an individual, <br><br> Defendants/Third Party Plaintiffs. <br><br> v. <br><br> UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, LOCAL 525, LAS VEGAS | Case No. 2:17-cv-01079-RFB-VCF <br><br> **STIPULATED REQUEST FOR EXTENSION OF TIME FOR THIRD PARTY DEFENDANTS TO RESPOND TO AMENDED THIRD PARTY COMPLAINT** <br><br> *(First Request)* |

SLC-8437613-1

| | |
|---|---|
| 1 | NEVADA AFL-CIO; DERICK STOWELL; RUBIN BROWN LLP, SUCCESSOR IN INTEREST TO STEWART, ARCHIBALD & BARNEY; LECIA BARNUM, and GLENN GOODNOUGH, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Third Party Defendants. |

COME NOW Plaintiffs Board of Trustees of the Plumbers and Pipefitters Union Local 525 Health & Welfare Trust and Plan, Board of Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan, and the Board of Trustees of the Plumbers and Pipefitters Union Local 525 Apprentice and Journeyman Training Trust for Southern Nevada (collectively, "Plaintiffs"); Defendants/Third-Party Plaintiffs Beverage Management Systems, Inc. and Gorham Nicol ("collectively, "Defendants"), and Third-Party Defendants United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, Local 525, Las Vegas, Nevada AFL-CIO ("Union"); Derick Stowell ("Stowell"); RubinBrown LLP ("RubinBrown"); Lecia Barnum ("Barnum"), and Glenn Goodnough ("Goodnough") (collectively, "Third Party Defendants"), by and through counsel, and for their first Stipulated Request for Extension of Time for Third Party Defendants to Respond to Amended Third Party Complaint, up to and including December 15, 2017, state as follows:

1. This lawsuit was brought by Plaintiffs on April 18, 2017. Per the Court's case management order, the deadline to amend pleadings or add parties was August 31, 2017; the discovery deadline is November 29, 2017; and the dispositive motion deadline is December 29, 2017. [ECF No.15].

2. On August 31, 2017, Defendants filed a motion for leave to file Third-Party Complaint. [ECF No. 17]. The Court granted that motion on September 28, 2017. [ECF No. 21]. On October 3, 2017, Defendants filed their Third Party Complaint [ECF No. 24], and

SLC-8437613-1

Amended Third Party Complaint. [ECF No. 25].

3. On October 25, 2017, Plaintiffs filed their Emergency Motion to Reconsider with respect to the filing of the Third Amended Complaint. [ECF No. 34].

4. On November 3, 2017, Plaintiffs filed their Emergency Motion to Strike Defendants' First Amended Third-Party Complaint ("Emergency Motion to Strike"). [ECF No. 38].

5. On November 3, 2017, Defendants filed their Motion to Extend Discovery and Other Case Deadlines ("Motion to Extend Discovery") [ECF No. 39]. This motion remains pending.

6. All Third Party Defendants have been appropriately served as follows: RubinBrown (October 26, 2017); Goodnough (October 27, 2017); Union (October 27, 2017); Stowell (November 1, 2017); and Barnum (November 14, 2017).

7. On November 14, 2017, the Court denied Plaintiffs' Emergency Motion to Reconsider and Emergency Motion to Strike. [ECF No. 43].

8. Third Party Defendants require additional time to investigate the allegations, evaluate their defenses, and prepare their responses, particularly in light of the Court's recent decisions to deny Plaintiffs' Emergency Motion to Reconsider and Emergency Motion to Strike.

9. Counsel for Third Party Defendants have conferred with counsel for Plaintiffs and for Defendants, and the parties agree that Third Party Defendants shall have an extension of thirty (30) days from the date of this Stipulation, up to and until December 15, 2017 to respond to the Amended Third Party Complaint, by answer, motion, pleading, or otherwise. The parties agree that this extension is appropriate given the recently decided motions, the different service dates and response dates for each Third Party Defendant, the impending Thanksgiving holiday, and the interest of judicial efficiency of having a consolidated response date.

10. Third Party Defendants will require time to conduct discovery, prepare their defenses, and file dispositive motions, and Third Party Defendants accordingly reserve their rights to seek relief from the Court's Scheduling Order and to move to extend the discovery, dispositive motion, and other case deadlines or for any other relief.

11. The parties also agree that the Third Party Defendants will serve their initial disclosures pursuant to Rule 26(a) within seven days after they file their responsive pleading.

WHEREFORE, by Stipulation of all Parties, the Third Party Defendants request that the Court grant them a stipulated extension up to and until December 15, 2017 to respond to the Amended Third Party Complaint, by answer, motion, pleading, or otherwise.

Dated this 15th day of November, 2017.

| HUTCHISON & STEFFEN, PLLC | FISHER & PHILLIPS, LLP |
|---|---|
| /s/ Jacob R. Reynolds<br>Jacob R. Reynolds (10199)<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145 | /s/ Allison L. Kheel<br>David B. Dornak (6274)<br>Allison L. Kheel (12986)<br>300 S. Fourth St., Suite 1500<br>Las Vegas, NV 89101 |
| *Attorneys for RubinBrown LLP* | *Attorneys for Beverage Management Systems, Inc. and Gorham Nicol* |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | ROPERS MAJESKI KOHN & BENTLEY, P.C. |
| /s/ Christopher M. Humes<br>Adam P. Segal (6120)<br>Bryce C. Loveland (10132)<br>Christopher M. Humes (12782)<br>100 N. City Pkwy<br>Las Vegas, NV 89106 | /s/ Timothy J. Lepore<br>Timothy J. Lepore (13908)<br>3753 Howard Hughes Pkwy., Suite 200<br>Las Vegas, NV 89169 |
| *Attorneys for Plaintiffs* | *Attorneys for Lecia Barnum and Glenn Goodnough* |

//
//
//

SLC-8437613-1

DOBBERSTEIN LAW GROUP

 /s/ Eric Dobberstein_____
Eric Dobberstein (3712)
9480 S. Eastern Avenue, No. 244
Las Vegas, NV 89123

Francis J. Morton (2380)
P.O. Box 370955
Las Vegas, NV 89137

*Attorneys for United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States And Canada, Local 525, Las Vegas Nevada AFL-CIO and Derick Stowell*

**IT IS SO ORDERED**

Dated this __16th__ day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

SLC-8437613-1