# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BEVERAGE MANAGEMENT, *et al.*, <br><br> Defendants. | 2:17-cv-01079-RFB-VCF <br> **<u>ORDER</u>** |

Before the Court are Defendants' Motion to Extend Discovery and Other Case Deadlines (ECF No. 39) and the Notice of Nonopposition to Defendants' Motion to Extend Discovery and Other Case Deadlines (ECF No. 48).

Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion to Extend Discovery and Other Case Deadlines (ECF No. 39) is GRANTED.

The following deadlines apply:

(1) Discovery Cut-Off Date: All discovery must be commenced in time to be completed by May 29, 2018 (May 28, 2018 is a holiday.).

(2) Dispositive Motions. Dispositive motions shall be filed by Wednesday, June 27, 2018, which is 30 days after the discovery cut-off date, in accordance with the presumption set by Local Rule 26-1(b)(4).

(3) Pretrial Order. The Joint Pretrial Order shall be filed by Friday, July 27, 2018, which is 30 days

after the dispositive motions deadline. However, in the event that dispositive motions are filed, the date for filing the Joint Pretrial Order will be suspended until 30 days after a decision on the dispositive motions or further order of the Court. The disclosures required by Federal Rules of Civil Procedure 26(a)(3), and any objections thereto, shall be included in the Joint Pretrial Order.

DATED this 20th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE