FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail: ddornak@fisherphillips.com
Attorneys for Defendants/Third Party Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; and BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,

      Plaintiffs,

vs.

BEVERAGE MANAGEMENT SYSTEMS, INC., an Oregon corporation; GORHAM NICOL, an individual,

      Defendants/Third Party Plaintiffs.

vs.

UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, LOCAL 525, LAS VEGAS, NEVADA AFL-CIO; DERICK STOWELL; RUBINBROWN LLP, SUCCESSOR IN INTEREST TO STEWART, ARCHIBALD &

) Case No. 2:17-cv-01079-RFB-VCF
)
)
)
)
)
)
)
)
)
)
)
)
) **STIPULATION AND ORDER TO**
) **EXTEND THE DEADLINES FOR**
) **DEFENDANTS/THIRD PARTY**
) **PLAINTIFFS TO FILE THEIR**
) **OPPOSITIONS TO MOTIONS**
) **TO DISMISS (ECF NOS. 59 and**
) **63 ) AND MOTIONS TO STRIKE**
) **(ECF NOS. 60 and 61)**
)
)
)
)
)
)
)
)
)
)
)
)
)
)

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1    BARNEY; LECIA BARNUM, and GLENN      )
     GOODNOUGH.                            )
2                                          )
                                           )
3           Third Party Defendants.        )
     _____     )
                                           )

4           IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

5    record that the Defendants/Third Party Plaintiffs will have an extension of time up

6    to and including **January 16, 2018** to file its Oppositions to Third Party

7    Defendant RubinBrown LLP's Motion to Dismiss (ECF No. 59), Third Party

8    Defendant RubinBrown LLP's Motion to Strike (ECF No. 60), Third Party

9    Defendants Lecia Barnum and Glenn Goodnough's Motion to Dismiss (ECF No.

10   63), and Third Party Defendants Lecia Barnum and Glenn Goodnough's Motion

11   to Strike (ECF No. 62), all currently due on December 29, 2017.

12          Defendants/Third Party Plaintiffs requested the extension of time to

13   accommodate the intervening holiday and the fact that Counsel for

14   Defendants/Third Party Plaintiffs will be out of the country and will not be

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

- 2 -

returning until January. The foregoing constitutes good cause for the extension of the deadline.

     Respectfully submitted this 27th day of December 2017.

| | |
|---|---|
| By: */s/ Melissa Z. Baris, Esq.*<br>HUSCH BLACKWELL LLP<br>MELISSA Z. BARIS, ESQ.<br>(*Admitted Pro Hac Vice*)<br>190 Carondelet Plaza, Ste. 600<br>St. Louis, MO 63105<br><br>HUTCHISON & STEFFEN<br>JACOB A. REYNOLDS, ESQ.<br>10080 West Alta Drive<br>Las Vegas, NV 89145<br>Attorneys for Third Party Defendant<br>RubinBrown LLP | By: */s/ Allison L. Kheel, Esq.*<br>FISHER & PHILLIPS LLP<br>DAVID B. DORNAK, ESQ.<br>ALLISON L. KHEEL, ESQ.<br>300 South Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendants/Third Party Plaintiffs |
| By: */s/ Timothy J. Lepore, Esq.*<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>TIMOTHY J. LEPORE, ESQ.<br>3753 Howard Hughes Pkwy, Ste. 200<br>Las Vegas, NV 89169<br>Attorneys for Third Party Defendants Lecia Barnum and Glenn Goodnough | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated:_____December 28, 2017_____