FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail: ddornak@fisherphillips.com
Attorneys for Defendants/Third Party Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; and BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>     Plaintiffs,<br><br>     vs.<br><br>BEVERAGE MANAGEMENT SYSTEMS, INC., an Oregon corporation; GORHAM NICOL, an individual,<br><br>     Defendants/Third Party Plaintiffs.<br><br>     vs.<br><br>UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, LOCAL 525, LAS VEGAS, NEVADA AFL-CIO; DERICK STOWELL; RUBINBROWN LLP, SUCCESSOR IN INTEREST TO STEWART, ARCHIBALD & | Case No. 2:17-cv-01079-RFB-VCF<br><br><br><br><br><br><br><br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR DEFENDANTS/THIRD PARTY PLAINTIFFS TO FILE THEIR OPPOSITIONS TO MOTIONS TO DISMISS (ECF NOS. 59 and 63 ) AND MOTIONS TO STRIKE (ECF NOS. 60 and 61)**<br><br>**(Second Request)** |

FPDOCS 33652370.1

1  BARNEY; LECIA BARNUM, and GLENN      )
2  GOODNOUGH.                                            )
                                                                    )
3          Third Party Defendants.                    )
   _____ )

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the Defendants/Third Party Plaintiffs will have an extension of time up to and including **January 19, 2018** to file its Oppositions to Third Party Defendant RubinBrown LLP's Motion to Dismiss (ECF No. 59), Third Party Defendant RubinBrown LLP's Motion to Strike (ECF No. 60), Third Party Defendants Lecia Barnum and Glenn Goodnough's Motion to Dismiss (ECF No. 63), and Third Party Defendants Lecia Barnum and Glenn Goodnough's Motion to Strike (ECF No. 62), all currently due on January 16, 2018. This is the second request for an extension of this deadline.

Defendants/Third Party Plaintiffs requested the extension of time to accommodate the fact that lead Counsel for Defendants/Third Party Plaintiffs became ill upon his return to the country last week.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

The foregoing constitutes good cause for the extension of the deadline.

Respectfully submitted this 16th day of January 2018.

| | |
|---|---|
| By: /s/ Melissa Z. Baris, Esq._____<br>HUSCH BLACKWELL LLP<br>MELISSA Z. BARIS, ESQ.<br>(*Admitted Pro Hac Vice*)<br>190 Carondelet Plaza, Ste. 600<br>St. Louis, MO 63105<br><br>HUTCHISON & STEFFEN<br>JACOB A. REYNOLDS, ESQ.<br>10080 West Alta Drive<br>Las Vegas, NV 89145<br>Attorneys for Third Party Defendant<br>RubinBrown LLP | By: /s/ Allison L. Kheel, Esq.<br>FISHER & PHILLIPS LLP<br>DAVID B. DORNAK, ESQ.<br>ALLISON L. KHEEL, ESQ.<br>300 South Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendants/Third Party<br>Plaintiffs |
| By: /s/_Timothy J. Lepore, Esq._____<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>TIMOTHY J. LEPORE, ESQ.<br>3753 Howard Hughes Pkwy, Ste. 200<br>Las Vegas, NV 89169<br>Attorneys for Third Party Defendants Lecia<br>Barnum and Glenn Goodnough | |

IT IS SO ORDERED:

_____.
RICHARD F. BOULWARE, II
United States District Judge

Dated: __January 22, 2018._____

FPDOCS 33652370.1