1  Jacob A. Reynolds (10199)
   HUTCHISON & STEFFEN, PLLC
2  Peccole Professional Park
3  10080 West Alta Drive, Suite 200
   Las Vegas, NV 89145
4  Tel:    (702) 385-2500
   Fax:    (702) 385-2086
5  jreynolds@hutchlegal.com

6
   David W. Sobelman (admitted *pro hac vice*)
7  Melissa Z. Baris (admitted *pro hac vice*)
   Joseph H. Guffey (admitted *pro hac vice*)
8  HUSCH BLACKWELL LLP
   190 Carondelet Plaza, Suite 600
9  St. Louis, MO 63105
   Tel:  (314) 480-1500
10 Fax:  (314) 480-1505
   david.sobelman@huschblackwell.com
11 melissa.baris@huschblackwell.com
12 joseph.guffey@huschblackwell.com

13
   *Attorneys for RubinBrown LLP*
14

15                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
16

17 BOARD OF TRUSTEES OF THE            Case No.  2:17-cv-01079-RFB-VCF
   PLUMBERS AND PIPEFITTERS LOCAL
   525 HEALTH AND WELFARE TRUST
18 AND PLAN, et al.,                   **STIPULATION AND ORDER TO**
                                       **EXTEND THE DEADLINES FOR**
19          Plaintiffs,                **THIRD-PARTY DEFENDANTS TO FILE**
                                       **THEIR REPLIES TO THIRD-PARTY**
20 v.                                  **PLAINTIFFS' RESPONSES TO**
                                       **MOTIONS TO DISMISS (ECF NOS. 74**
21 BEVERAGE MANAGEMENT SYSTEMS,        **and 75 ) AND MOTIONS TO STRIKE**
   INC., et al.,                       **(ECF NOS. 73 and 76)**
22
            Defendants / Third-Party Plaintiffs.
23 v.                                  **(FIRST REQUEST)**

24 UNITED ASSOCIATION OF
   JOURNEYMEN AND APPRENTICES OF
25 THE PLUMBING AND PIPE FITTING
   INDUSTRY OF THE UNITED STATES
26 AND CANADA, LOCAL 525, LAS
   VEGAS NEVADA AFL-CIO, et al.
27
            Third-Party Defendants
28

                                      1

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Third- Party Defendants Lecia Barnum, Glenn Goodnough, and RubinBrown LLP will have a 2-week extension of time, up to and including **February 9, 2018**, to file their respective Replies to Third-Party Plaintiffs' Responses to their Motions to Dismiss the Amended Third-Party Complaint (ECF Nos. 74 and 75) and to Third-Party Plaintiffs' Responses to their Motions to Strike the Amended Third-Party Complaint (ECF Nos. 73 and 76), all currently due on January 26, 2018. Third-Party Defendants filed their respective Motions to Dismiss the Amended Third-Party Complaint (ECF Nos. 59, 63) and Motions to Strike the Amended Third-Party Complaint (ECF Nos. 60, 62) on December 15, 2017. Third-Party Plaintiffs filed their Response briefs on January 19, 2018 (ECF Nos. 73-76), pursuant to the agreed stipulations of the parties.

Third-Party Defendants request this extension of time based upon their workload and to give them sufficient time to prepare their replies. This is the first requested extension of the above-deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This request will not prejudice any party or delay this proceeding, particularly given that discovery in this matter has been stayed pending the March 7, 2018 settlement conference.

Respectfully submitted this 24th day of January, 2018.

| By: /s/ Melissa Z. Baris | By: /s/ Allison L. Kheel |
|---|---|
| HUTCHISON & STEFFEN<br>JACOB A. REYNOLDS, ESQ.<br>10080 West Alta Drive<br>Las Vegas, NV 89145<br><br>HUSCH BLACKWELL LLP<br>MELISSA Z. BARIS, ESQ. *(admitted pro hac vice)*<br>190 Carondelet Plaza, Ste. 600<br>St. Louis, MO 63105<br>Attorneys for Third Party Defendant<br>RubinBrown LLP | FISHER & PHILLIPS LLP<br>DAVID B. DORNAK, ESQ.<br>ALLISON L. KHEEL, ESQ.<br>300 South Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendants/Third Party Plaintiffs |
| By: / Timothy J. Lepore<br><br>ROPERS, MAJESKI, KOHN & BENTLEY<br>TIMOTHY J. LEPORE, ESQ.<br>3753 Howard Hughes Pkwy, Ste. 200<br>Las Vegas, NV 89169<br>Attorneys for Third Party Defendants<br>Lecia Barnum and Glenn Goodnough | |

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

Dated: January 25, 2018

3